IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MadGrip Holdings, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>West Chester Holdings, Inc., an Ohio corporation,<br><br>    Defendant. | Civil Action No. 2:16-cv-00272-wks |

**JOINT STIPULATION OF DISMISSAL**

  Plaintiff MadGrip Holdings, LLC and Defendant West Chester Holdings, Inc. (collectively, the "Parties") have reached a settlement agreement regarding the above-captioned matter. In accordance with the settlement agreement and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to a dismissal of all pending claims and counterclaims, with prejudice.

1

| | |
|---|---|
| Dated: March 20, 2018 | Respectfully submitted, |
| /s/ David M. Pocius | /s/ Michele B. Patton |
| David M. Pocius, Esq.<br>Paul Frank Collins PC<br>1 Church Street<br>P.O. Box 1307<br>Burlington, VT 05402-1307<br>Phone: (802) 658-2311<br>dpocius@pfclaw.com | Michele B. Patton<br>LANGROCK SPERRY & WOOL, LLP<br>111 South Pleasant Street<br>PO Drawer 351<br>Middlebury, VT 05753-0351<br>Email: mpatton@langrock.com<br>Ph: (802) 388-6356 \| Fx: (802) 388-6149 |
| Thomas F. Hankinson (*pro hac vice*)<br>Sarah V. Geiger (*pro hac vice*)<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street; Suite 1400<br>Cincinnati, Ohio 45202<br>Phone: (513) 579-6503<br>Fax: (513) 579-6457<br>thankinson@kmklaw.com<br>sgeiger@kmklaw.com | Gregory P. Sitrick (*admitted pro hac vice*)<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona 85004-2391<br>Email: gregory.sitrick@quarles.com<br>Ph: (602) 229-5317 \| Fx: (602) 420-5198 |
| *Attorneys for Defendant West Chester Holdings, Inc.* | Nikia L. Gray (*admitted pro hac vice*)<br>QUARLES & BRADY, LLP<br>1701 Pennsylvania Ave. NW<br>Suite 700<br>Washington, DC 20006<br>Email: nikia.gray@quarles.com<br>Ph: (202) 372-9517 \| Fx: (202) 372-9599 |
| | *Attorneys for Plaintiff MadGrip Holdings, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 20, 2018               */s/ David Pocius*

7275394_1:12673-00001